UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

NANETTE ABAO,

      Plaintiff,

v.

MARIA QUINN et al.,

      Defendants.

_____/

Case No: 2:25-cv-111

HON. ROBERT J. JONKER

## <u>ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 20, 2025 (ECF No. 17). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 17) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 3) and Defendants' motion to dismiss (ECF No. 12) are **DENIED**.

Dated:  November 13, 2025          /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        UNITED STATES DISTRICT JUDGE